IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DEAN NOLF,

    Defendant.

## ORDER

Comes on this day to be considered the Government's Motion to Dismiss Counts [doc. #105], filed January 30, 2009, which seeks dismissal of counts One, Two, Four, Five, Six and Seven of the Indictment as it pertains to defendant. The defendant has pled guilty to Count Three of the Indictment. Having considered the file and the motion, it is hereby

ORDERED that Government's Motion to Dismiss Counts [doc. #105], filed January 30, 2009, is **GRANTED.** It is further

ORDERED that Counts One, Two, Four Five, Six and Seven of the Indictment are hereby DISMISSED as to defendant Dean Nolf.

Dated this <u>4th</u> day of February, 2009.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE